429 A.2d 751

Robertson, Appellant, v. Williams.

Argued June 10, 1980.   James D. Flower, for appellant;   S. Walter Foulkrod, III, for appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed.

December 5, 1980.

429 A.2d 751

Ashcraft, Appellant, v. Lutz et al.

Petition for Allowance of Appeal Denied May 29, 1981.

Argued March 4, 1980.   Donald H. Yost, for appellant;   Mark Woodbury, III, for appellee.

Before CERCONE, P. J. and WATKINS and MONTGOMERY, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.